■ CARMELLE BELLEFLEUR et al., Respondents, v MARGARET

B. Gervais, Appellant. [609 NYS2d 810] —Appeal by the defendant from an order of the Supreme Court, Kings County (Greenstein, J.), dated April 14, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Greenstein, J., in the Supreme Court. Thompson, J. P., O'Brien, Joy and Altman, JJ., concur.